# Federal Defenders
## O F   N E W   Y O R K ,   I N C.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 30, 2018

<u>By ECF and Electronic Mail</u>
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>United States v. Edward Damasceno</u>, 18-cr-133

Dear Judge Donnelly:

I write to request that Mr. Damasceno's sentencing, currently scheduled for August 1, be held in abeyance, or in the alternative that it be adjourned to a later date. A presentence report has not been prepared as required by Rule 32, and sentencing in absentia does not meet the ends of justice. I would also ask that the August 1 sentencing date be taken off the calendar because I am preparing for a trial that begins before Judge Dearie on August 6. The government consents to the request to hold sentencing in abeyance or to adjourn sentencing, but does not consent to the request to take the August 1 court appearance off the calendar.

Thank you for your consideration of this request.

Respectfully Submitted,

_____/s/_____
Samuel Jacobson
Assistant Federal Defender
(718) 407-7429

cc:     AUSA Virginia Nguyen (via ECF)