UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,  ORDER OF REMAND

-v.-
                                                              18-CR-00133 (AMD)

EDWARD DAMASCENO,
                       Defendant.
-------------------------------------------------------------------X

**It is hereby ORDERED** that the defendant Edward Damasceno be remanded into the custody of the United States Marshal for the Eastern District of New York.

DATED: Brooklyn, New York
          **August 2, 2018**

                                                  s/Ann M. Donnelly
                                                  _____
                                                  ANN M. DONNELLY,
                                                 UNITED STATES DISTRICT JUDGE