UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v.-

EDWARD DAMASCENO,
                       Defendant.

-----------------------------------------------------------------X

ORDER OF REMAND

18-CR-00133 (AMD)

**It is hereby ORDERED** that the defendant Edward Damasceno be remanded into the custody of the United States Marshal for the Eastern District of New York. He is to be housed at Metropolitan Correctional Center, and is to receive appropriate drug treatment, including detoxification.

DATED: Brooklyn, New York
        **August 2, 2018**

                                              s/Ann M. Donnelly
                                              ANN M. DONNELLY,
                                              UNITED STATES DISTRICT JUDGE